# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Unite Here Local 1,

Plaintiff(s),

v.

Magnificent Mile Hotel Management, LLC,

Defendant(s).

Case No.  1:24-cv-00707
Judge : April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒      other: OPINION and Order: The Court confirms the arbitration award in this case, granting Plaintiff's motion 28 . Defendant's corresponding motion to vacate the arbitrator's award 30 is denied. Signed by the Honorable April M. Perry on 1/14/2025. Mailed notice. (jcc,)

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge      on a motion

Date:   1/14/2025                          Thomas G. Bruton, Clerk of Court

                                           J. Capparelli, Deputy Clerk